# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-cv-05142-RBL |
| ) | |
| BRUCE HAWKINS, individually and d/b/a, ) | |
| HAWKINS & ASSOCIATES, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT OF PERMANENT INJUNCTION

Plaintiff, the United States of America, has filed a Complaint for Permanent Injunction against defendant Bruce E. Hawkins.

Hawkins does not admit the allegations in the Complaint, except that he admits that the Court has jurisdiction over him and over the subject matter of this action.

Hawkins waives the entry of findings of fact and conclusions of law under Federal Rule of Civil Procedure 52 and Internal Revenue Code (I.R.C.) (26 U.S.C.) §§ 7402(a) and 7408.

PERMANENT INJUNCTION

U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9926

1778699.1                         -1-

1  Hawkins consents to entry of this Final Judgment of Permanent Injunction without
2  admitting that grounds exist for imposition of an injunction.
3  Hawkins enters into this Final Judgment of Permanent Injunction voluntarily and
4  waives any right he may have to appeal from it.
5  Hawkins consents to entry of this Final Judgment of Permanent Injunction without
6  further notice and agrees that this Court shall retain jurisdiction over him for the purpose
7  of implementing and enforcing this Final Judgment of Permanent Injunction.
8  The Court accordingly ORDERS, ADJUDGES, AND DECREES that:
9  1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and
10  1345 and I.R.C. §§ 7402(a) and 7408.
11  2. The Court finds that the International Credit Union and High Octane Business
12  schemes promoted by Hawkins as described in the Complaint violate various provisions
13  of the Internal Revenue Code.
14  3. The Court finds that Hawkins consents to the entry of this injunction.
15  4. It is further ORDERED that Hawkins, individually and doing business under
16  any other name or using any other entity, and his representatives, agents, servants,
17  employees, attorneys, and anyone in active concert or participation with him, is
18  permanently enjoined and restrained from, directly or indirectly:
19  (a) Organizing, promoting, marketing, or selling (or assisting therein) any
20  tax shelter, plan, or arrangement, including but not limited to those
21  discussed above, or any other tax shelter, plan or arrangement that incites or
22  assists customers to attempt to violate the internal revenue laws or

PERMANENT INJUNCTION

U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9926

1778699.1                    -2-

1
2       unlawfully evade the assessment or collection of their federal tax liabilities
3       or unlawfully claim improper tax refunds;
4       (b) engaging in activity subject to penalty under 26 U.S.C. § 6700,
5       including making, in connection with the organization or sale of any plan or
6       arrangement, any statement about the securing of any tax benefit that the
7       defendant knows or has reason to know is false as to any material matter;
8       (c) engaging in conduct subject to penalty under any provision of the
9       Internal Revenue Code, including 26 U,S.C. § 6701, or engaging in any
10       other conduct that interferes with the administration and enforcement of the
11       internal revenue laws; and
12       (d) misrepresenting the terms of this injunction.
13    5. It is further ORDERED that the United States is permitted to engage in post-
14 judgment discovery to ensure compliance with this permanent injunction.
15    6. It is further ORDERED that this Court shall retain jurisdiction over this action
16 for the purpose of implementing and enforcing this Final Judgment of Permanent
17 Injunction.
18    SO ORDERED this 9th day of August, 2006.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PERMANENT INJUNCTION

U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9926

1778699.1       -3-

1
2  Presented by
   Thomas M. Newman
3  Attorney for the United States

4  JOHN MCKAY
   United States Attorney
5
   _____
   BRUCE E. HAWKINS
   Defendant
6

7  _____
   THOMAS M. NEWMAN                           _____
   Trial Attorney, Tax Division               SCOTT J. ENGLEHARD
8  U.S. Department of Justice                 Attorney for Defendant
   Post Office Box 7238                       Law offices of Scott J. Englehard
9  Ben Franklin Station                       320 Maynard Building
   Washington, D.C.  20044                    119 First Ave. South
10 Telephone:    (202) 616-9926               Seattle, WA 98104
   Fax:          (202) 514-6770               Phone: (206) 749-0117
11 Attorney for the United States of          Fax:    (425) 671-0298
   America

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26 PERMANENT INJUNCTION                                        U.S. Department of Justice
                                                              P.O. Box 7238, Ben Franklin Station
27                                                            Washington, D.C. 20044
                                                              Telephone: (202) 616-9926
28 1778699.1                        -4-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  PERMANENT INJUNCTION
27
28  1778699.1                             -5-

U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9926